JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANICA CLAY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No. 2:23-cv-04512-MRA-RAOx<br><br>District Judge: Monica Ramirez Almadani<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff ANICA CLAY ("Plaintiff") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 September 25, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $210,147.84 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: March 8, 2024　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Monica Ramirez Almadani
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge